IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-07-0103 |
| | * | Civil No. JFM-09-1453 |
| CURTIS SCHOOLFIELD | * | |
| | ***** | |

MEMORANDUM

Curtis Schoolfield has filed a motion under 28 U.S.C. §2255. Schoolfield was convicted after a jury trial, and his conviction was confirmed on appeal. His §2255 motion is entirely without merit and will be denied.

1. <u>Allegation that the Government knowingly solicited false testimony and falsified evidence against him.</u>

   The evidence against Schoolfield included recorded telephone calls between a confidential informant and Schoolfield in which arrangements were made for the sales of cocaine base. There is no reason to infer that these recorded conversations were fabricated. Likewise, there is no reason to infer, as Schoolfield alleges, that the chemist, who testified for the Government at trial, fabricated the drug analysis. Finally, the mere fact that there was a discrepancy between the testimony of the confidential informant and Schoolfield's witness merely raises a credibility issue that was resolved against Schoolfield by the jury.

2. <u>Alleged ineffective assistance of counsel in not challenging his search warrant.</u>
   Schoolfield is correct in arguing that his lawyer did not seek to suppress evidence obtained during the execution of a search warrant. However, there was ample probable cause for the issuance of the warrant.

3. <u>Alleged improper enhancement of Schoolfield's sentence because of prior state convictions.</u>

As a matter of law, Schoolfield's prior state convictions properly were taken into account under 28 U.S.C. §841(b) in determining the sentence to be imposed upon him. His argument to the contrary simply is incorrect. *Cf. United States v. Beasley*, 12 F.3d 280, 284 (1st Cir. 1993).

A separate order denying Schoolfield's motion is being entered herewith.

Date: January 27, 2010         \_\_\_/s/_____
                               J. Frederick Motz
                               United States District Judge